97

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **THOMAS MURRY,** | Civil Action No. ______________ |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | |
| **TRANSUNION LLC,** | **Case: 2:26-cv-12816**<br>**Assigned To : DeClercq, Susan K.**<br>**Referral Judge: Ivy, Curtis, Jr**<br>**Assign. Date : 8/12/2026**<br>**CMP MURRY V. TRANSUNION LLC (CMC)** |
| Defendant. | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff Thomas Murry, proceeding pro se, brings this Complaint against Defendant TransUnion LLC and alleges as follows:

## INTRODUCTION

1. This action concerns TransUnion's reinvestigation of twenty-three disputed tradelines under 15 U.S.C. § 1681i.
2. Plaintiff's dispute package identified two Sunrise Bank Self Lender accounts, ten U.S. Department of Education collection accounts, one Phoenix Recovery Group account, and ten DEPT OF ED/AIDV student-loan accounts and requested correction or deletion of inaccurate, incomplete, inconsistent, or unverifiable information.
3. TransUnion's July 14, 2026 report showed that all twenty-three disputed tradelines remained in some form. The strongest surviving items were ten U.S. Department of Education collection accounts, Sunrise Bank Self Lender account 1062****, and Phoenix Recovery Group account 100000****.

## JURISDICTION AND VENUE

4. This Court has federal-question jurisdiction under 28 U.S.C. § 1331 because this action arises under the Fair Credit Reporting Act, specifically 15 U.S.C. § 1681i.
5. Venue is proper in this District because Plaintiff resides in Detroit, Michigan, TransUnion conducts business in this District, and a substantial part of the events giving rise to this action occurred in this District.

## PARTIES

6. Plaintiff Thomas Murry is a natural person and consumer who resides at 438 Melbourne Street, Detroit, Michigan 48202.
7. Defendant TransUnion LLC is a consumer reporting agency that assembles and maintains consumer credit information and regularly conducts business in Michigan and in this District.

## FACTUAL ALLEGATIONS

8. On April 8, 2026, Plaintiff obtained a TransUnion consumer report containing information that Plaintiff believed was inaccurate, incomplete, inconsistent, or unverifiable.

9. On April 15, 2026, Plaintiff prepared two written dispute letters directed to TransUnion.

10. The dispute package identified twenty-three tradelines: two Sunrise Bank Self Lender accounts, ten U.S. Department of Education collection accounts, one Phoenix Recovery Group account, and ten DEPT OF ED/AIDV student-loan accounts.

11. The letters identified account names, masked account numbers, account types, dates, statuses, high balances, payment history, and exact reporting conflicts and requested a reasonable reinvestigation and correction or deletion.

12. Plaintiff mailed the dispute package to TransUnion Consumer Solutions at P.O. Box 2000, Chester, Pennsylvania 19016-2000 by certified mail under tracking number 9589 0710 5270 3811 6521 00.

13. The certified-mail receipt establishes mailing on June 4, 2026 but does not establish TransUnion's exact receipt date.

14. On July 14, 2026, approximately forty days after mailing, Plaintiff obtained an updated TransUnion report.

15. All twenty-three disputed tradelines remained in some form in the July report.

16. Sunrise Bank Self Lender account CBA0000000001060**** remained, although TransUnion removed the specifically disputed October 2025 120-day delinquency and related October 2025 balance and past-due information.

17. Sunrise Bank Self Lender account 1062**** remained with Date Updated and Last Payment Made both listed as May 9, 2022, while a November 2023 30-day delinquency remained on an account reported paid and closed.

18. The exact payment-history conflict identified for account 1062**** therefore remained after the dispute.

19. All ten U.S. Department of Education collection accounts ending 6845**** remained.

20. Those ten accounts continued to report Date Closed as January 24, 2026, Collection pay status, Direct Loans as original creditor, high balances, and Placed for Collection remarks.

21. For those ten accounts, Date Updated advanced from March 28, 2026 to June 27, 2026 and collection history extended through April and May 2026.

22. The post-closure reporting pattern identified in Plaintiff's dispute therefore remained and was extended after the dispute.

23. Phoenix Recovery Group account 100000**** remained with Date Updated advanced to July 7, 2026, a $1,133 high balance, Capital One Journey as original creditor, Collection status, a January 2031 estimated-removal date, and Placed for Collection remarks.

24. The Phoenix account received a consumer-dispute notation but continued to appear under conflicting loan-type presentations, including Factoring Company Account and Collection Agency/Attorney.

25. The earlier duplicate Date Updated issue was partially modified, but the account retained an unresolved classification inconsistency.

26. All ten DEPT OF ED/AIDV accounts remained but were materially changed to transferred-and-closed tradelines, with Date Closed added as October 27, 2025, Pay Status changed to transferred, monthly terms changed to zero, and transfer remarks added.

27. Because TransUnion made substantial corrections to the DEPT OF ED/AIDV accounts and removed the specific October 2025 entry from the first Sunrise account, those items are included as context but are not the principal surviving allegations.
28. No specifically identified personal-information item or hard inquiry was included in the dispute package and none is pleaded here.
29. TransUnion's after report demonstrates that the dispute was processed, but the ten U.S. Department of Education post-closure collection conflicts, the Sunrise account 1062**** delinquency conflict, and the Phoenix Recovery Group classification conflict were not fully deleted or modified.
30. As a result of TransUnion's conduct, Plaintiff spent time preparing disputes, preserving mailing records, reviewing reports, comparing disputed information, and attempting to determine whether the challenged information had been corrected.
31. Plaintiff incurred out-of-pocket expenses and experienced frustration, anxiety, emotional distress, and credit-related harm.
32. Plaintiff further alleges denials of credit and/or less favorable treatment only to the extent supported by evidence developed in this action.

## <u>COUNT I — VIOLATION OF 15 U.S.C. § 1681I</u>

33. Plaintiff incorporates by reference the preceding paragraphs as though fully stated here.
34. Plaintiff directly notified TransUnion of specific disputes concerning twenty-three tradelines appearing in his TransUnion consumer file.
35. The dispute package provided sufficient information for TransUnion to identify and reinvestigate the challenged accounts, dates, balances, statuses, payment histories, closure information, account classifications, and remarks.
36. Upon receiving Plaintiff's dispute, TransUnion was required under 15 U.S.C. § 1681i to conduct a reasonable reinvestigation and, as appropriate, delete or modify information found to be inaccurate, incomplete, or unverifiable.
37. TransUnion made certain corrections, including removing the specific October 2025 entry from Sunrise account CBA0000000001060**** and materially restructuring the ten DEPT OF ED/AIDV accounts.
38. Despite that processing, TransUnion continued to report all ten U.S. Department of Education collection accounts with the challenged post-closure collection pattern, Sunrise Bank Self Lender account 1062**** with the challenged post-update delinquency, and Phoenix Recovery Group account 100000**** with conflicting loan-type classifications.
39. TransUnion failed to fully delete or modify the disputed inaccurate, incomplete, inconsistent, or unverifiable information.
40. TransUnion's acts and omissions violated 15 U.S.C. § 1681i and caused Plaintiff the damages described above.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment in favor of Plaintiff and against Defendant;

B. Award Plaintiff actual damages in an amount proven at trial;

C. Award any additional damages and relief available under applicable law upon proof;

D. Award Plaintiff recoverable costs; and

E. Grant such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable under Federal Rule of Civil Procedure 38.

Respectfully submitted,

Thomas Murry
THOMAS MURRY, Pro Se
438 Melbourne Street
Detroit, Michigan 48202
Telephone: 313-739-5781
Email: MurryT997@gmail.com

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan
District of

Southern Division Division

THOMAS MURRY

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

TRANSUNION LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. ____________________
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Thomas Murry |
| Street Address | 438 Melbourne Street |
| City and County | Detroit, Wayne County |
| State and Zip Code | Michigan 48202 |
| Telephone Number | 313-739-5781 |
| E-mail Address | murryT997@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | TransUnion LLC |
| Job or Title *(if known)* | Consumer Reporting Agency |
| Street Address | 555 West Adams Street |
| City and County | Chicago, Cook County |
| State and Zip Code | Illinois 60661 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S.C. § 1681i

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Thomas Murry, is a citizen of the State of *(name)* Michigan.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* TransUnion LLC, is incorporated under the laws of the State of *(name)* Delaware, and has its principal place of business in the State of *(name)* Illinois.

Or is incorporated under the laws of *(foreign nation)* ____________,

and has its principal place of business in *(name)* ____________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. On April 15, 2026, Plaintiff prepared two written disputes identifying twenty-three TransUnion tradelines, including two Sunrise Bank Self Lender accounts, ten U.S. Departme

2. TransUnion's July 14, 2026 report continued to display all twenty-three disputed tradelines in some form. Ten U.S. Department of Education accounts continued post-closure

3. TransUnion made some corrections, including removing a disputed October 2025 entry from another Sunrise account and restructuring ten DEPT OF ED/AIDV accounts, but

4. Plaintiff alleges that TransUnion failed to conduct a reasonable reinvestigation under 15 U.S.C. § 1681i, causing expenses, lost time, frustration, anxiety, emotional distress, a

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests judgment against TransUnion; actual damages proven at trial; any additional damages and relief available under applicable la

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ____________________

Signature of Plaintiff ____________________

Printed Name of Plaintiff ____________________

### B. For Attorneys

Date of signing: ____________________

Signature of Attorney ____________________

Printed Name of Attorney ____________________

Bar Number ____________________

Name of Law Firm ____________________

Street Address ____________________

State and Zip Code ____________________

Telephone Number ____________________

E-mail Address ____________________

Personal Credit Report for:
THOMAS MURRY

File Number:
408322947

Date Created:
04/08/2026

**Visit transunion.com/dispute to start a dispute online.**

If you are experiencing a financial hardship related to a publi health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

## Personal Information

You have been on our files since 02/10/2015 . Your SSN has been masked for your protection.

### Personal Information

**Credit Report Date**

04/08/2026

**Social Security Number**

XXX-XX-6117

**Date of Birth**

02/13/1997

**Name**

THOMAS MURRY

## Addresses

**Current Address**

438 MELBOURNE ST DETROIT, MI 48202-2512

## Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

ⓘ TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as a "point-of-sale installment loans" on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later may be factored in to credit scores and credit decisions (for example, account opening or account review decisions). Visit our FAQs to learn more.

### Payment/Remarks Key

#### Ratings

| | |
|---|---|
| **OK** | Current, paying or paid as agreed |
| **N/R** | Not Reported |
| **X** | Unknown |
| **30** | Account 30 days late |
| **60** | Account 60 days late |

credit health.

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report.

For your protection, your account numbers have been partially masked, and in some cases scrambled.

Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**Account Name**

**DEPT OF ED/AIDV** 964054411181E0012015110922**** EXHIBIT 1

### Account Information

| | |
|---|---|
| Address | 1891 METRO CENTER DR RESTON, VA 20190 |
| Phone | |
| Date Opened | 11/09/2015 |
| Responsibility | Individual Account |
| Account Type | Installment Account |
| Loan Type | STUDENT LOAN |
| Date Updated | 10/31/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/01/2023 |

| | |
|---|---|
| Pay Status | >Account 120 Days Past Due Date< |
| Terms | $37 per month, paid Monthly for 120 months |
| High Balance (Hist.) | High balance of $3,500 from 06/2025 to 10/2025 |
| Estimated month and year this item will be removed | 11/2031 |

**Payment History**

| February 2022 | March 2022 | April 2022 | May 2022 | June 2022 | July 2022 | August 2022 |
|---|---|---|---|---|---|---|
| **Balance** --- | **Balance** --- | **Balance** --- | **Balance** --- | **Balance** --- | **Balance** --- | **Balance** --- |
| **Past Due** --- | **Past Due** --- | **Past Due** --- | **Past Due** --- | **Past Due** --- | **Past Due** --- | **Past Due** --- |
| **Amount Paid** --- | **Amount Paid** --- | **Amount Paid** --- | **Amount Paid** --- | **Amount Paid** --- | **Amount Paid** --- | **Amount Paid** --- |
| **Scheduled Payment** --- | **Scheduled Payment** --- | **Scheduled Payment** --- | **Scheduled Payment** --- | **Scheduled Payment** --- | **Scheduled Payment** --- | **Scheduled Payment** --- |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| August 2025 | September 2025 | October 2025 |
|---|---|---|
| **Balance** $3,775 | **Balance** $3,788 | **Balance** $3,800 |
| **Past Due** $376 | **Past Due** $413 | **Past Due** $451 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $37 | **Scheduled Payment** $37 | **Scheduled Payment** $37 |
| Rating **120** | Rating **120** | Rating **120** |

Total Months: 45

**DEPT OF ED/AIDV** 96405441181E0022015110922****

EXHIBIT 2

## Account Information

| | |
|---|---|
| Address | 1891 METRO CENTER DR RESTON, VA 20190 |
| Phone | |
| Date Opened | 11/09/2015 |
| Responsibility | Individual Account |
| Account Type | Installment Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 10/31/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/01/2023 |
| Pay Status | >Account 120 Days Past Due Date< |
| Terms | $25 per month, paid Monthly for 120 months |
| High Balance (Hist.) | High balance of $2,000 from 06/2025 to 10/2025 |
| Estimated month and year this item will be removed | 11/2031 |

**Payment History**

| August 2025 | September 2025 | October 2025 |
|---|---|---|
| **Balance** $2,534 | **Balance** $2,542 | **Balance** $2,551 |
| **Past Due** $252 | **Past Due** $277 | **Past Due** $303 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $25 | **Scheduled Payment** $25 | **Scheduled Payment** $25 |
| Rating **120** | Rating **120** | Rating **120** |

Total Months: 45

---

**DEPT OF ED/AIDV** 96405441181E0032016090922****

EXHIBIT 3

## Account Information

| | |
|---|---|
| Address | 1891 METRO CENTER DR RESTON, VA 20190 |
| Phone | |
| Date Opened | 09/09/2016 |
| Responsibility | Individual Account |
| Account Type | Installment Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 10/31/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/01/2023 |
| Pay Status | >Account 120 Days Past Due Date< |
| Terms | $47 per month, paid Monthly for 120 months |
| High Balance (Hist.) | High balance of $4,500 from 06/2025 to 10/2025 |
| Estimated month and year this item will be removed | 11/2031 |

**Payment History**

| August 2025 | September 2025 | October 2025 |
|---|---|---|
| **Balance** $4,810 | **Balance** $4,824 | **Balance** $4,839 |
| **Past Due** $469 | **Past Due** $516 | **Past Due** $563 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $47 | **Scheduled Payment** $47 | **Scheduled Payment** $47 |
| Rating **120** | Rating **120** | Rating **120** |

Total Months: 45

**DEPT OF ED/AIDV** 96405441181E0042016090922****

EXHIBIT 4

## Account Information

| | |
|---|---|
| Address | 1891 METRO CENTER DR RESTON, VA 20190 |
| Phone | |
| Date Opened | 09/09/2016 |
| Responsibility | Individual Account |
| Account Type | Installment Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 10/31/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/01/2023 |
| Pay Status | >Account 120 Days Past Due Date< |
| Terms | $23 per month, paid Monthly for 120 months |
| High Balance (Hist.) | High balance of $2,000 from 06/2025 to 10/2025 |
| Estimated month and year this item will be removed | 11/2031 |

**Payment History**

| August 2025 | September 2025 | October 2025 |
|---|---|---|
| **Balance** $2,395 | **Balance** $2,402 | **Balance** $2,409 |
| **Past Due** $233 | **Past Due** $257 | **Past Due** $280 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $23 | **Scheduled Payment** $23 | **Scheduled Payment** $23 |
| Rating **120** | Rating **120** | Rating **120** |

Total Months: 45

**DEPT OF ED/AIDV** 96405441181E0052017090822****

EXHIBIT 5

## Account Information

| | |
|---|---|
| Address | 1891 METRO CENTER DR RESTON, VA 20190 |
| Phone | |
| Date Opened | 09/08/2017 |
| Responsibility | Individual Account |
| Account Type | Installment Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 10/31/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/01/2023 |
| Pay Status | >Account 120 Days Past Due Date< |
| Terms | $48 per month, paid Monthly for 120 months |
| High Balance (Hist.) | High balance of $4,500 from 06/2025 to 10/2025 |
| Estimated month and year this item will be removed | 11/2031 |

**Payment History**

| August 2025 | September 2025 | October 2025 |
|---|---|---|
| **Balance** $4,867 | **Balance** $4,884 | **Balance** $4,901 |
| **Past Due** $487 | **Past Due** $536 | **Past Due** $585 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $48 | **Scheduled Payment** $48 | **Scheduled Payment** $48 |
| Rating **120** | Rating **120** | Rating **120** |

Total Months: 45

---

**DEPT OF ED/AIDV** 96405441181E0062017090822****

EXHIBIT 6

## Account Information

| | |
|---|---|
| Address | 1891 METRO CENTER DR RESTON, VA 20190 |
| Phone | |
| Date Opened | 09/08/2017 |
| Responsibility | Individual Account |
| Account Type | Installment Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 10/31/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/01/2023 |
| Pay Status | >Account 120 Days Past Due Date< |
| Terms | $23 per month, paid Monthly for 120 months |
| High Balance (Hist.) | High balance of $2,000 from 06/2025 to 10/2025 |
| Estimated month and year this item will be removed | 11/2031 |

**Payment History**

| August 2025 | September 2025 | October 2025 |
|---|---|---|
| **Balance** $2,364 | **Balance** $2,372 | **Balance** $2,380 |
| **Past Due** $236 | **Past Due** $260 | **Past Due** $284 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $23 | **Scheduled Payment** $23 | **Scheduled Payment** $23 |
| Rating **120** | Rating **120** | Rating **120** |

Total Months: 45

**DEPT OF ED/AIDV** 96405441181E0072018090722****

EXHIBIT 7

## Account Information

| | |
|---|---|
| Address | 1891 METRO CENTER DR RESTON, VA 20190 |
| Phone | |
| Date Opened | 09/07/2018 |
| Responsibility | Individual Account |
| Account Type | Installment Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 10/31/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/01/2023 |
| Pay Status | >Account 120 Days Past Due Date< |
| Terms | $61 per month, paid Monthly for 120 months |
| High Balance (Hist.) | High balance of $5,500 from 06/2025 to 10/2025 |
| Estimated month and year this item will be removed | 11/2031 |

**Payment History**

| August 2025 | September 2025 | October 2025 |
|---|---|---|
| **Balance** $6,010 | **Balance** $6,032 | **Balance** $6,056 |
| **Past Due** $616 | **Past Due** $678 | **Past Due** $739 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $61 | **Scheduled Payment** $61 | **Scheduled Payment** $61 |
| Rating **120** | Rating **120** | Rating **120** |

Total Months: 45

---

**DEPT OF ED/AIDV** 96405441181E0082018090722****

EXHIBIT 8

**Account Information**

| | |
|---|---|
| Address | 1891 METRO CENTER DR RESTON, VA 20190 |
| Phone | |
| Date Opened | 09/07/2018 |
| Responsibility | Individual Account |
| Account Type | Installment Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 10/31/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/01/2023 |
| Pay Status | >Account 120 Days Past Due Date< |
| Terms | $23 per month, paid Monthly for 120 months |
| High Balance (Hist.) | High balance of $2,000 from 06/2025 to 10/2025 |
| Estimated month and year this item will be removed | 11/2031 |

**Payment History**

| August 2025 | September 2025 | October 2025 |
|---|---|---|
| **Balance** $2,324 | **Balance** $2,333 | **Balance** $2,342 |
| **Past Due** $238 | **Past Due** $262 | **Past Due** $286 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $23 | **Scheduled Payment** $23 | **Scheduled Payment** $23 |
| Rating **120** | Rating **120** | Rating **120** |

Total Months: 45

---

**DEPT OF ED/AIDV** 96405441181E0092019090622****

EXHIBIT 9

## Account Information

| | |
|---|---|
| Address | 1891 METRO CENTER DR RESTON, VA 20190 |
| Phone | |
| Date Opened | 09/06/2019 |
| Responsibility | Individual Account |
| Account Type | Installment Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 10/31/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/01/2023 |
| Pay Status | >Account 120 Days Past Due Date< |
| Terms | $32 per month, paid Monthly for 120 months |
| High Balance (Hist.) | High balance of $2,979 from 06/2025 to 10/2025 |
| Estimated month and year this item will be removed | 11/2031 |

**Payment History**

| August 2025 | September 2025 | October 2025 |
|---|---|---|
| **Balance** $3,226 | **Balance** $3,237 | **Balance** $3,249 |
| **Past Due** $324 | **Past Due** $356 | **Past Due** $389 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $32 | **Scheduled Payment** $32 | **Scheduled Payment** $32 |
| Rating **120** | Rating **120** | Rating **120** |

Total Months: 45

**DEPT OF ED/AIDV** 96405441181E0102019090622****

EXHIBIT 10

**Account Information**

| | |
|---|---|
| Address | 1891 METRO CENTER DR RESTON, VA 20190 |
| Phone | |
| Date Opened | 09/06/2019 |
| Responsibility | Individual Account |
| Account Type | Installment Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 10/31/2025 |
| Payment Received | $0 |
| Last Payment Made | 08/01/2023 |
| Pay Status | >Account 120 Days Past Due Date< |
| Terms | $12 per month, paid Monthly for 120 months |
| High Balance (Hist.) | High balance of $1,083 from 06/2025 to 10/2025 |
| Estimated month and year this item will be removed | 11/2031 |

**Payment History**

| August 2025 | September 2025 | October 2025 |
|---|---|---|
| **Balance** $1,199 | **Balance** $1,203 | **Balance** $1,207 |
| **Past Due** $120 | **Past Due** $132 | **Past Due** $144 |
| **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Scheduled Payment** $12 | **Scheduled Payment** $12 | **Scheduled Payment** $12 |
| Rating **120** | Rating **120** | Rating **120** |

Violation of 15 U.S.C. §1681e(b)

Total Months: 45

---

**SUNRISE BANK SELF LENDER** CBA0000000001060****

EXHIBIT A

## Account Information

| | |
|---|---|
| Address | PO BOX 11 SOUTHLAKE, TX 76092 |
| Phone | |
| Date Opened | 05/10/2022 |
| Responsibility | Individual Account |
| Account Type | Installment Account |

| | |
|---|---|
| Loan Type | SECURED |
| Date Updated | 12/30/2023 |
| Payment Received | $0 |
| Last Payment Made | 12/30/2023 |
| High Balance | $724 |
| Pay Status | Paid, Closed; was Paid as agreed |
| Terms | $0 per month, paid Monthly for 24 months |
| Date Closed | 12/30/2023 |
| Remarks | CLOSED |

Violation of 15 U.S.C. §1681e(b)

**Payment History**

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 | November 2022 |
|---|---|---|---|---|---|---|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| December 2022 | January 2023 | February 2023 | March 2023 | April 2023 | May 2023 | June 2023 |
|---|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK | OK |

| July 2023 | August 2023 | September 2023 | October 2023 | November 2023 |
|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | 30 |

Violation of 15 U.S.C. §1681e(b)

Total Months: 19

---

**SUNRISE BANK SELF LENDER** 1062**** EXHIBIT B

**Account Information**

| | |
|---|---|
| Address | PO BOX 11 SOUTHLAKE, TX 76092 |
| Phone | |
| Date Opened | 05/09/2020 |
| Responsibility | Individual Account |
| Account Type | Installment Account |
| Loan Type | SECURED |
| Date Updated | 05/09/2022 |

—Violation of 15 U.S.C. §1681e(b)

| | |
|---|---|
| Payment Received | $0 |
| Last Payment Made | 05/09/2022 |
| High Balance | $520 |
| Pay Status | Paid, Closed; was Paid as agreed |
| Terms | $0 per month, paid Monthly for 24 months |
| Date Closed | 05/09/2022 |
| Remarks | CLOSED |

Violation of 15 U.S.C. §1681e(b)

**Payment History**

| May 2020 | June 2020 | July 2020 | August 2020 | September 2020 | October 2020 | November 2020 |
|---|---|---|---|---|---|---|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| December 2020 | January 2021 | February 2021 | March 2021 | April 2021 | May 2021 | June 2021 |
|---|---|---|---|---|---|---|
| Rating **OK** | Rating **OK** | Rating **30** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| July 2021 | August 2021 | September 2021 | October 2021 | November 2021 | December 2021 | January 2022 |
|---|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| February 2022 | March 2022 | April 2022 |
|---|---|---|
| Rating | Rating | Rating |
| **OK** | **OK** | **OK** |

Total Months: 24

---

**US DEPT OF EDUCATION** 6845**** EXHIBIT C

## Account Information

| | |
|---|---|
| Address | 3130 Fairview Park Drive,Suite 800 Falls Church, VA 23323 |
| Phone | |
| Date Opened | 11/02/2025 |
| Responsibility | Individual Account |
| Account Type | Open Account |
| Loan Type | STUDENT LOAN |
| Date Updated —Violation of 15 U.S.C. §1681e(b) | 03/28/2026 |

| | |
|---|---|
| Payment Received | $0 |
| Original Creditor | DIRECT LOANS |
| Pay Status | >Collection< |
| Date Closed | 01/24/2026 |
| High Balance (Hist.) | High balance of $2,379 from 01/2026 to 03/2026 |
| Estimated month and year this item will be removed | 10/2031 |

Violation of 15 U.S.C. §1681e(b)

**Payment History**

| | December 2025 | January 2026 | February 2026 | March 2026 |
|---|---|---|---|---|
| **Balance** | - - - | $2,397 | $2,406 | $2,413 |
| **Past Due** | - - - | $2,397 | $2,406 | $2,413 |
| **Amount Paid** | - - - | $0 | $0 | $0 |
| **Remarks** | - - - | >CLA< | >CLA< | >CLA< |
| Rating | **COL** | **COL** | **COL** | **COL** |

Total Months: 4

**US DEPT OF EDUCATION** 6845**** EXHIBIT D

**Account Information**

| | |
|---|---|
| Address | 3130 Fairview Park Drive,Suite 800 Falls Church, VA 23323 |
| Phone | |
| Date Opened | 11/02/2025 |
| Responsibility | Individual Account |
| Account Type | Open Account |
| Loan Type | STUDENT LOAN |
| Date Updated | 03/28/2026 |
| Payment Received | $0 |
| Original Creditor | DIRECT LOANS |
| Pay Status | >Collection< |
| Date Closed | 01/24/2026 |
| High Balance (Hist.) | High balance of $4,898 from 01/2026 to 03/2026 |
| Estimated month and year this item will be removed | 10/2031 |

Violation of 15 U.S.C. §1681e(b)

**Payment History**

| December 2025 | January 2026 | February 2026 | March 2026 |
|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>$4,935 | **Balance**<br>$4,953 | **Balance**<br>$4,969 |
| **Past Due**<br>- - - | **Past Due**<br>$4,935 | **Past Due**<br>$4,953 | **Past Due**<br>$4,969 |
| **Amount Paid**<br>- - - | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 |
| **Remarks**<br>- - - | **Remarks**<br>>CLA< | **Remarks**<br>>CLA< | **Remarks**<br>>CLA< |
| Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** |

Total Months: 4

**US DEPT OF EDUCATION** 6845**** EXHIBIT E

## Account Information

| | |
|---|---|
| Address | 3130 Fairview Park Drive,Suite 800 Falls Church, VA 23323 |
| Phone | |
| Date Opened | 11/02/2025 |
| Responsibility | Individual Account |
| Account Type | Open Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 03/28/2026 |
| Payment Received | $0 |
| Original Creditor | DIRECT LOANS |
| Pay Status | >Collection< |
| Date Closed | 01/24/2026 |
| High Balance (Hist.) | High balance of $2,408 from 01/2026 to 03/2026 |
| Estimated month and year this item will be removed | 10/2031 |

Violation of 15 U.S.C. §1681e(b)

**Payment History**

| December 2025 | January 2026 | February 2026 | March 2026 |
|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>$2,424 | **Balance**<br>$2,431 | **Balance**<br>$2,438 |
| **Past Due**<br>- - - | **Past Due**<br>$2,424 | **Past Due**<br>$2,431 | **Past Due**<br>$2,438 |
| **Amount Paid**<br>- - - | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 |
| **Remarks**<br>- - - | **Remarks**<br>>CLA< | **Remarks**<br>>CLA< | **Remarks**<br>>CLA< |
| Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** |

Total Months: 4

**US DEPT OF EDUCATION** 6845**** EXHIBIT F

**Account Information**

| | |
|---|---|
| Address | 3130 Fairview Park Drive,Suite 800 Falls Church, VA 23323 |
| Phone | |
| Date Opened | 11/02/2025 |
| Responsibility | Individual Account |
| Account Type | Open Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 03/28/2026 |
| Payment Received | $0 |
| Original Creditor | DIRECT LOANS |
| Pay Status | >Collection< |
| Date Closed | 01/24/2026 |
| High Balance (Hist.) | High balance of $1,207 from 01/2026 to 03/2026 |
| Estimated month and year this item will be removed | 10/2031 |

Violation of 15 U.S.C. §1681e(b)

**Payment History**

| December 2025 | January 2026 | February 2026 | March 2026 |
|---|---|---|---|
| **Balance** - - - | **Balance** $1,216 | **Balance** $1,220 | **Balance** $1,224 |
| **Past Due** - - - | **Past Due** $1,216 | **Past Due** $1,220 | **Past Due** $1,224 |
| **Amount Paid** - - - | **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Remarks** - - - | **Remarks** >CLA< | **Remarks** >CLA< | **Remarks** >CLA< |
| Rating **COL** | Rating **COL** | Rating **COL** | Rating **COL** |

Total Months: 4

**US DEPT OF EDUCATION** 6845**** EXHIBIT G

## Account Information

| | |
|---|---|
| Address | 3130 Fairview Park Drive,Suite 800 Falls Church, VA 23323 |
| Phone | |
| Date Opened | 11/02/2025 |
| Responsibility | Individual Account |
| Account Type | Open Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 03/28/2026 |
| Payment Received | $0 |
| Original Creditor | DIRECT LOANS |
| Pay Status | >Collection< |
| Date Closed | 01/24/2026 |
| High Balance (Hist.) | High balance of $4,836 from 01/2026 to 03/2026 |
| Estimated month and year this item will be removed | 10/2031 |

Violation of 15 U.S.C. §1681e(b)

**Payment History**

| December 2025 | January 2026 | February 2026 | March 2026 |
|---|---|---|---|
| **Balance** - - - | **Balance** $4,868 | **Balance** $4,883 | **Balance** $4,896 |
| **Past Due** - - - | **Past Due** $4,868 | **Past Due** $4,883 | **Past Due** $4,896 |
| **Amount Paid** - - - | **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Remarks** - - - | **Remarks** >CLA< | **Remarks** >CLA< | **Remarks** >CLA< |
| Rating **COL** | Rating **COL** | Rating **COL** | Rating **COL** |

Total Months: 4

**US DEPT OF EDUCATION** 6845**** EXHIBIT H

**Account Information**

| | |
|---|---|
| Address | 3130 Fairview Park Drive,Suite 800 Falls Church, VA 23323 |
| Phone | |
| Date Opened | 11/02/2025 |
| Responsibility | Individual Account |
| Account Type | Open Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 03/28/2026 |
| Payment Received | $0 |
| Original Creditor | DIRECT LOANS |
| Pay Status | >Collection< |
| Date Closed | 01/24/2026 |
| High Balance (Hist.) | High balance of $2,549 from 01/2026 to 03/2026 |
| Estimated month and year this item will be removed | 10/2031 |

Violation of 15 U.S.C. §1681e(b)

**Payment History**

| December 2025 | January 2026 | February 2026 | March 2026 |
|---|---|---|---|
| **Balance** - - - | **Balance** $2,568 | **Balance** $2,577 | **Balance** $2,585 |
| **Past Due** - - - | **Past Due** $2,568 | **Past Due** $2,577 | **Past Due** $2,585 |
| **Amount Paid** - - - | **Amount Paid** $0 | **Amount Paid** $0 | **Amount Paid** $0 |
| **Remarks** - - - | **Remarks** >CLA< | **Remarks** >CLA< | **Remarks** >CLA< |
| Rating **COL** | Rating **COL** | Rating **COL** | Rating **COL** |

Total Months: 4

**US DEPT OF EDUCATION** 6845**** EXHIBIT I

## Account Information

| | |
|---|---|
| Address | 3130 Fairview Park Drive,Suite 800 Falls Church, VA 23323 |
| Phone | |
| Date Opened | 11/02/2025 |
| Responsibility | Individual Account |
| Account Type | Open Account |

| | |
|---|---|
| Loan Type | STUDENT LOAN |
| Date Updated | 03/28/2026 |
| Payment Received | $0 |
| Original Creditor | DIRECT LOANS |
| Pay Status | >Collection< |
| Date Closed | 01/24/2026 |
| High Balance (Hist.) | High balance of $3,798 from 01/2026 to 03/2026 |
| Estimated month and year this item will be removed | 10/2031 |

Violation of 15 U.S.C. §1681e(b)

**Payment History**

| December 2025 | January 2026 | February 2026 | March 2026 |
|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>$3,826 | **Balance**<br>$3,839 | **Balance**<br>$3,851 |
| **Past Due**<br>- - - | **Past Due**<br>$3,826 | **Past Due**<br>$3,839 | **Past Due**<br>$3,851 |
| **Amount Paid**<br>- - - | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 | **Amount Paid**<br>$0 |
| **Remarks**<br>- - - | **Remarks**<br>>CLA< | **Remarks**<br>>CLA< | **Remarks**<br>>CLA< |
| Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** | Rating<br>**COL** |

Total Months: 4

**US DEPT OF EDUCATION** 6845**** EXHIBIT J

## Account Information

| | |
|---|---|
| Address | 3130 Fairview Park Drive,Suite 800 Falls Church, VA 23323 |
| Phone | |
| Date Opened | 11/02/2025 |
| Responsibility | Individual Account |
| Account Type | Open Account |